Lee Pfeffer, Plaintiff-Appellant,
against
Matthew Dempsy, Defendant-Respondent.



Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Carol Ruth Feinman, J.), entered on or about June 29, 2017, which denied his motion to vacate a judgment in favor of defendant dismissing the action after an inquest.




Per Curiam.
Order (Carol Ruth Feinman, J.) entered on or about June 29, 2017, affirmed, without costs.
We find no abuse of discretion in the denial of plaintiff's motion for vacatur relief. Plaintiff failed to set forth any reasonable excuse for his nonappearance on his prior motion seeking the same relief and failed to articulate any basis to vacate the inquest court's dismissal of the action for failure to adduce any competent proof of damages. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concurI concur
Decision Date: December 18, 2017